

01
02
03
04
05
06
07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 YOUNG YIL JO,                        )
                                        )
10        Plaintiff,                    )   CASE NO.   C13-0915-JCC-MAT
                                        )
11        v.                            )
                                        )   REPORT AND RECOMMENDATION
12 SIX UNKNOWN AGENTS, et al.,          )
                                        )
13        Defendants.                   )
   _____ )

14

15        Plaintiff Young Yil Jo, a federal prisoner in Texas, has filed a proposed *Bivens* action

16 that has no relationship to the Western District of Washington and raises incoherent claims for

17 relief.  (Dkt. 1.)  Plaintiff included neither the $400 filing fee nor an application to proceed *in*

18 *forma pauperis* ("IFP").  Plaintiff has already incurred at least **five strikes** under 28 U.S.C.

19 § 1915(g) for filing similarly incomprehensible complaints.  *See, e.g.*, No.C13-298-RSM

20 (W.D. Wash., closed Apr. 24, 2013); No. 12-606-JCC (W.D. Wash., closed May 22, 2012); No.

21 C11-1963-RSM (W.D. Wash., closed Mar. 26, 2012); No. C12-76-JLR (W.D. Wash., closed

22 Mar. 9, 2012); No. C11-2159-JLR (W.D. Wash., closed Feb. 21, 2012).  Moreover, here, as in

REPORT AND RECOMMENDATION
PAGE -1

01 other cases, plaintiff did not respond to a Clerk's Office letter to correct deficiencies in his IFP

02 application or pay the filing fee.   (Dkt. 3.)

03       A prisoner may not proceed IFP in a civil action if he or she has, on three or more prior

04 occasions, brought civil actions that were dismissed for failure to state a claim upon which

05 relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

06 *See* 28 U.S.C. § 1915(g).   Nothing in plaintiff's proposed complaint suggests that he is under

07 imminent danger of serious physical injury.

08       The Court recommends DENYING plaintiff the opportunity to proceed in this matter

09 IFP, DIRECTING the Clerk to file the complaint only upon receipt of the filing fee, and

10 CLOSING the file if no filing fee is paid within **thirty (30) days** of the order adopting this

11 Report and Recommendation.   A proposed Order accompanies this Report and

12 Recommendation.

13       DATED this 8th day of July, 2013.

14

15       _____

16       Mary Alice Theiler
         United States Magistrate Judge

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2