THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOUNG YIL JO,

    Plaintiff,

v.

SIX UNKNOWN AGENTS, *et al.*,

    Defendants.

CASE NO. C13-0915-JCC

ORDER

    The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* ("IFP") (Dkt. No. 1), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 5), and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's IFP application is DENIED based on having at least five strikes under 28 U.S.C. § 1915(g). Plaintiff is directed to pay the full filing fee of $400 within **thirty (30) days** of the date on which the United States Court of Appeals for the Ninth Circuit issues its mandate in Plaintiff's pending appeal. (Dkt. Nos. 6–7.) If the filing fee is not paid, this case will be dismissed;

(3)     The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of the Court of Appeals' mandate, the Clerk is directed to close the file; and

1     (4)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable
2  Mary Alice Theiler.

4     DATED this 6th day of August 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2